**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

## NOT  DESIGNATED  FOR  PUBLICATION

Jeffery Wayne Ross   #159220
Dixon Correctional Institute
P. O. Box 788,  U-2 D-6
Jackson LA 70748-0788

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on September 1, 2021 |

**REHEARING ACTION: September 1, 2021**

**Docket Number: 20   00236-KH**

**STATE OF LOUISIANA**
**VERSUS**
**JEFFERY WAYNE ROSS**

**Writ Application from Grant Parish Case No. 17-802**

**BEFORE JUDGES:**

**Hon. Billy Howard Ezell**
**Hon. John E. Conery**
**Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Jeffery Wayne Ross** is:

**REHEARING DENIED.**  *See* Uniform Rules—Courts of Appeal, 2-18.7.

Conery, J., dissents and would grant the rehearing.

cc: Hon. James Patrick Lemoine, Counsel for  the Respondent